# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF:<br><br>AN APPLICATION FOR A SEARCH WARRANT FOR INFORMATION ASSOCIATED WITH FACEBOOK USERNAME "Jordan Padilla" https://www.facebook.com/profile.php?id=100080087330857 AT PREMISES CONTROLLED BY META PLATFORMS, INC. | 3:23-mj-00094-RAM<br><br>**ORDER** |

This matter coming before the Court on the Government's Motion to Unseal, the reasons therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Search Warrant, Order, Search Warrant Application, Applications for Orders, Supporting Affidavit, and accompanying documents in the above-captioned matter now pending, shall be, and are, UNSEALED.

DATED this __6th__ day of September, 2023.

_____
HONORABLE ROBERT A. McQUAID, JR.
UNITED STATES MAGISTRATE JUDGE